```
              UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF NORTH CAROLINA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| Akers v. United States of America | 7:23-cv-120-BO |
| Benson  v. United States of America | 7:23-cv-96-BO |
| Breen v. United States of America | 7:23-cv-83-BO |
| Brooks v. United States of America | 7:23-cv-89-BO |
| Brundage v.  United States of America | 7:23-cv-62-BO |
| Burak et al v. United States of America | 7:23-cv-42-BO |
| Clark v. United States of America | 7:23-cv-99-BO |
| Davis et al v. United States of America | 7:23-cv-43-BO |
| Glover v. United States of America | 7:23-cv-114-BO |
| Green v. United States of America | 7:23-cv-116-BO |
| Guinn v. United States of America | 7:23-cv-72-BO |
| Hobbs v.  United States of America | 7:23-cv-40-BO |
| Holmes v. United States of America | 7:23-cv-29-BO |
| Johnson  v. United States of America | 7:23-cv-30-BO |
| Luthy v. United States of America | 7:23-cv-93-BO |
| McClain v. United States of America | 7:23-cv-73-BO |
| Palumbo v. United States of America | 7:23-cv-74-BO |
| Partain v. United States of America | 7:23-cv-110-BO |
| Perry v. United States of America | 7:23-cv-103-BO |
| Richards v. United States of America | 7:23-cv-103-BO |
| Shine v. United States of America | 7:23-cv-23-BO |
| Tomilson v. United States of America | 7:23-cv-63-BO |
| Warren v.  United States of America | 7:23-cv-91-BO |
| Wax v. United States of America | 7:23 cv-84-BO |
| Weiner v. United States of America | 7:23-cv-95-BO |
| Bailey v. United States of America | 7:23-cv-151-BO |
| Bailey v. United States of America | 7:23-cv-149-BO |
| Loftus v. United States of America | 7:23-cv-140-BO |
| Neely v. United States of America | 7:23-cv-139-BO |
| Straw v. United States of America | 7:23-cv-162-BO |
| Weeks v. United States of America | 7:23-cv-154-BO |

```
                    APRIL 17, 2023
                 ORAL ORDER on MOTIONS
           BEFORE THE HONORABLE TERRENCE W. BOYLE
              UNITED STATES DISTRICT JUDGE
```

On behalf of the Defendant:
PAIGE O'HALE, ESQ.
U.S. Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601

```
            Carolyn E. High, Court Reporter
               4979 Lake Wendell Road
             Zebulon, North Carolina 27597
           919-630-2987 / cissyhigh@nc.rr.com
          Stenomask with computer-aided transcription
```

```
 1              (Monday, April 17, 2023, proceedings begin at 11:59 a.m.)
 2              (Call to Order of the Court.)
 3              THE COURT:  This Court scheduled a hearing at noon
 4   today on the cases of Akers, Benson, Breen, Brooks, Brundage,
 5   Burak, Clark, Davis, Glover, Green, Guinn, Hobbs, Holmes,
 6   Johnson, Luthy, McClain, Palumbo, Partain, Perry, Richards,
 7   Shine, Tomilson, Warren, Wax, Weiner, Bailey, Bailey, Loftus,
 8   Neely, Straw, Weeks, all versus the United States.  They have
 9   corresponding file numbers.  The Government has not responded
10   in these cases.  They've been served and it's my understanding
11   that the time for answer or other reply under the federal rules
12   and statutes will expire either on the 14th, 15th -- no, not
13   14th -- 15th, 16th, or 18th of April, the Government having the
14   right to answer within 60 days after effective service.  The
15   Government has filed a motion to enlarge the time within which
16   to answer and that is before the Court and that is the purpose
17   of this order.
18              I'll take judicial notice of the fact that there is
19   an administrative proceeding going on involving the PACT Act
20   cases, that the statute creating the right under which the
21   plaintiffs bring suit provides for filing of an administrative
22   claim as a prerequisite to jurisdiction in this court and that
23   parties who have filed claims but whose claims have not been
24   resolved after six months pending in the administrative
25   proceeding are entitled to sue in this court.  And assumedly
```

```
 1   that represents all of the pending cases that I have just
 2   identified.
 3           The reality of that is clear that assumedly in each
 4   and every one of these cases, six months have expired within
 5   the administrative process and now either 59 or 60 days or 61
 6   days have expired in this court without response or
 7   intervention or resolution by the Defendant, United States.
 8   And so, after eight months of nonactivity in each and every one
 9   of these claims, it's not readily apparent that the Government
10   needs additional time.  Eight months should be sufficient.  And
11   certainly, two months within this court's jurisdiction should
12   be sufficient.
13           But out of an abundance of caution and in order to
14   cooperate with the matters that are pending in this district, I
15   will enlarge the time within which to file a responsive
16   pleading under the Federal Rules of Civil Procedure and law to
17   April 30th of 2023.  And an order to that effect will be
18   entered right now.
19           So I see the Government is here.  Do you want to add
20   anything to this?
21           MS. O'HALE:  No, Your Honor.  I'm from the U.S.
22   Attorney's office.  Main Justice is in the charge of
23   litigation, but I've shown up in case you needed us.
24           THE COURT:  Well, you are the Government.
25           MS. O'HALE:  Correct, Your Honor.
```

1  THE COURT: Yeah. Okay. So it was not ex parte. It
2  was with the Government appearing. Okay. Thank you.
3  The court will be in recess.
4  (Proceedings concluded at 12:04 p.m.)
5  _____
6  (END OF TRANSCRIPT.)
7  _____

NORTH CAROLINA
JOHNSTON COUNTY

I CERTIFY THAT THE FOREGOING IS A TRUE AND ACCURATE TRANSCRIPT
OF SAID PROCEEDINGS.

/s/ CAROLYN E. HIGH     04/17/23
CAROLYN E. HIGH         DATE
Contract Court Reporter