# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
## No. 7:23-cv-00040-BO

Thomas Hobbs,

    Plaintiff,

v.

United States of America,

    Defendant.

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTIES AND MOTION TO AMEND COMPLAINT

THIS MATTER is before the Court on an unopposed motion by Plaintiff's attorneys for an Order pursuant to Fed. R. Civ. P. 25(a)(1) allowing Brian Hobbs to substitute as Plaintiff in his capacity as the Personal Representative of the Estate of Thomas Hobbs and to file an Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2), upon notice to all counsel of record, and with full consideration of all matters brought before this Court regarding the motion, and for good cause shown:

IT IS HEREBY ORDERED on this _30_ day of _Sept._ that the Motion for Substitution of Parties and Motion to Amend Complaint be and hereby is GRANTED. Plaintiff is to file the Amended Complaint within _30_ days of the entry of this Order.

**IT IS SO ORDERED.**

                                                *Terence Boyle*
                                                TERRENCE W. BOYLE
                                                United States District Judge